IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Kerry Rogers (Y27318), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 20 C 50441 |
| v. | ) | |
| | ) | Hon. Philip G. Reinhard |
| Correctional Officer Harden, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    This matter comes before the court on the May 18, 2023 Report and Recommendation ("R&R") [102] of Magistrate Judge Schneider recommending that plaintiff's complaint be dismissed for failure to exhaust administrative remedies. The court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). The court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). In this case, objections had to be filed by June 1, 2023. No objections have been filed according to the docket. The court has reviewed the record in this case and finds that the R&R is not clearly erroneous. Accordingly, the court adopts in its entirety Magistrate Judge Schneider's R&R [102] and dismisses the complaint for failure to exhaust administrative remedies. The Clerk is directed to enter final judgment.

Date: 6/07/2023                      ENTER:

                                                         United States District Court Judge

                                                                            Electronic Notices.